| Cause #: | 2012-47087 | | Court # | 247TH | Judgment Date: | 8/29/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 62258696 |
| File Date: | 1/28/2015 | | Attorney Bar No: | 24029411 | | |
| Due Date: | 12/27/2014 | | Assigned to FIRST Court of Appeals | | | |
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | | | | | 12/1/2014 | |
| Request for Transcript Filed? | | NONE | | | BC | |
| Notice of Appeal previously filed? N | | | | | C | |
| Number of Days: | 120 | | | | OA | |
| File Ordered: IMAGED | | | | | | |
| Notes: | | | | | | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 12:27:09 PM
CHRISTOPHER A. PRINE
Clerk

BC      Notice of Appeal filed
BG      Notice of Appeal filed – Government
C       Appealing Final Judgment
D -     Accelerated Appeal
OA       No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

## NO. 2012-47087

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| MELISSA ANN MONTANA | § | 247TH JUDICIAL DISTRICT |
| AND | § | |
| SAMUEL RENE MONTANA | § | HARRIS COUNTY, TEXAS |

### NOTICE OF APPEAL

This Notice of Appeal is filed by SAMUEL RENE MONTANA, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on August 29, 2014.

3. The Court set a report back hearing for October 29, 2014. A Motion for New Trial was filed on December 1, 2014 but was overruled by operation of law.

3. SAMUEL RENE MONTANA desires to appeal any portions of the judgment dealing with contempt of court.

4. This appeal is being taken to either the First or Fourteenth Court of Appeals.

5. This notice is being filed by SAMUEL RENE MONTANA.

Respectfully submitted,
CORDELL & CORDELL PC
1330 Post Oak Boulevard
Suite 1800
Houston, Texas 77056
Tel: (832) 730-2973
Fax: (832) 730-2974

By: _____
Bryan L. Abercrombie
State Bar No. 24029411
babercombie@cordelllaw.com
Attorney for SAMUEL RENE MONTANA

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:              MELISSA ANN MONTANA

Lead attorney:      Patricia N. Carter

Address of service: 1177 West Loop South, Suite 700, Houston, Texas 77027

Method of service:  by mail

Date of service:    January 28, 2015

Party:              Melissa Montana

Lead attorney:      Patricia N. Carter

Address of service: 1177 West Loop South, Suite 700, Houston, Texas 77027

Method of service:  by mail

Date of service:    January 28, 2015


Bryan L. Abercrombie
Attorney for Respondent

```
JUFC7 (NSK#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     JAN 30, 2015(C1)
INT6510                      CIVIL CASE INTAKE            OPT: _____ -  INT
                          GENERAL PARTY INQUIRY           PAGE:  1  -    1

CASE NUM: 201247087__ PJN> __  TRANS NUM: _____  CURRENT COURT: 247 PUB? _
CASE TYPE: DIVORCE NO CHILDREN             CASE STATUS: DISPOSED (FINAL)
STYLE: MONTANA, MELISSA ANN            VS MONTANA, SAMUEL RENE
===========================================================================
                      **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME             PTY    ASSOC. ATTY
   NUM   NUMBER                                        STAT
_  01  00002-0002 RES 24072034 MONTANA, SAMUEL RENE            WOOD, NIDA CH
_  01  00001-0002 REL 24004485 MONTANA, MELISSA ANN           CARTER, PATRI
_      00003-0001 MED 01933300 BAVOUSETT, STEVE A.
_      00002-0001 DEF 24029411 MONTANA, SAMUEL RENE           ABERCROMBIE,
_      00001-0001 PLT 24004485 MONTANA, MELISSA ANN           CARTER, PATRI
_


==> (5) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP


JUFC7 (NSK#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     JAN 30, 2015(C1)
INT6510                      CIVIL CASE INTAKE            OPT: _____ -  INT
                          GENERAL PARTY INQUIRY           PAGE:  1  -    1

CASE NUM: 201247087__ PJN> __  TRANS NUM: _____  CURRENT COURT: 247 PUB? _
CASE TYPE: DIVORCE NO CHILDREN             CASE STATUS: DISPOSED (FINAL)
STYLE: MONTANA, MELISSA ANN            VS MONTANA, SAMUEL RENE
===========================================================================
                      **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME             PTY    ASSOC. ATTY
   NUM   NUMBER                                        STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```